IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

QUENTIN C. WARD,

                Plaintiff,                              ORDER

      v.                                          12-cv-177-bbc

WARDEN WILLIAM POLLARD,
SECRETARY GARY HAMBLIN,
DAN WESTFIELD, KATHY JESS,
DAI ADMINISTRATOR,
TERESA PAQUIN and LT. HEIDEMANN,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered on August 20, 2012, I denied plaintiff Quentin Ward's request for leave to proceed <u>in forma pauperis</u> because he did not qualify under the imminent danger exception of 28 U.S.C. § 1915(g). I gave plaintiff until August 31, 2012, in which to submit the full $350 filing fee. I warned plaintiff that failure to submit the filing would result in dismissal of this case without prejudice. It is now September 12, 2012, and plaintiff has not submitted the $350 filing fee or otherwise responded to the court's order.

      Accordingly, IT IS ORDERED that plaintiff Quentin Ward's case is dismissed without prejudice. The clerk of court is directed to enter judgment and close this case.

      Entered this 13th day of September, 2012.

                                            BY THE COURT:
                                            /s/
                                            BARBARA B. CRABB
                                            District Judge