IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

QUENTIN C. WARD,

    Plaintiff,

v.

WARDEN WILLIAM POLLARD,
SECRETARY GARY HAMBLIN,
DAN WESTFIELD,
KATHY JESS, DAI ADMINISTRATOR,
TERESA WIEGAND, JOHN PAQUIN and
LT. HEIDEMANN,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-177-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for failure to pay the filing fee.

_____      9/14/2012
Peter Oppeneer, Clerk of Court         Date