IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

QUENTIN C. WARD,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

12-cv-177-bbc

WARDEN WILLIAM POLLARD,
SECRETARY GARY HAMBLIN,
DAN WESTFIELD,
KATHY JESS, DAI ADMINISTRATOR,
TERESA WIEGAND, JOHN PAQUIN and
LT. HEIDEMANN,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for failure to pay the filing fee.

_____      _____
Peter Oppeneer, Clerk of Court               9/14/2012
                                                                       Date